■ ROLENE Z. ENSWORTH, as Administratrix, Appellant, v. TOWN OF VOLNEY et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs. (Order entered Oct. 31, 1956.)

■ EDWARD I. ROE, as Administrator, Appellant, v. Estate of ROBERT A. BELL et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs. (Order entered Oct. 31, 1956.)

■ HAROLD L. SCHULTZ, Appellant, v. TOWN OF VOLNEY et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs. (Order entered Oct. 31, 1956.)

■ DAVID R. SCHULTZ, an Infant, Appellant, v. TOWN OF VOLNEY et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs. (Order entered Oct. 31, 1956.)

■ LULU RAMSEY, Appellant, v. PULLMAN BUILDING CORP. et al.— Motion granted and appeal dismissed, with $10 motion costs.

■ MARIAN MARTURANO et al., Respondents, v. MORTIMER SWEENEY et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ BERTHA E. KICK, Appellant, v. LINCOLN ROCHESTER TRUST COMPANY, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ MARIE DREXEL et al., Appellants, v. UNIVERSITY OF ROCHESTER, Respondent. HARRIET RANNEY et al., Appellants, v. UNIVERSITY OF ROCHESTER, Respondent.— Motion granted and appeals dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELYETTE CORNELIUS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE E. ROCKWELL, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CALLAHAN, Appellant.— Motion to appeal on original record and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS STEVENSON, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.